# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **EDEKKA LLC,**<br><br>　　　　　　Plaintiff,<br>　v.<br><br>**BARNEYS NEW YORK, INC.,**<br><br>　　　　　　Defendant. | Case No. 2:14-cv-405<br><br>**LEAD CASE** |
| **EDEKKA LLC,**<br><br>　　　　　　Plaintiff,<br>　v.<br><br>**JP BODEN USA LLC,**<br><br>　　　　　　Defendant. | Case No. 2:14-cv-443<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

### ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS BETWEEN PLAINTIFF EDEKKA LLC AND DEFENDANT JP BODEN USA LLC

On this day the Court considered the Agreed Motion for Dismissal with Prejudice of All Claims Between Plaintiff eDekka LLC ("eDekka") and Defendant JP Boden USA LLC ("JP Boden"). Having considered the Agreed Motion and the pleadings in this case, the Court is of the opinion that the Agreed Motion should be, and is hereby, GRANTED.

It is therefore ORDERED that all claims asserted by eDekka against JP Boden are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

**So ORDERED and SIGNED this 13th day of November, 2014.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE